# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Douglas Strobel,<br><br>        Plaintiff,<br><br>   v.<br><br>BMW of North America, LLC et al,<br><br>        Defendant(s). | 8:19-cv-01679-JVS-ADS<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

JS - 6

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 105 days</u>, to reopen the action if settlement is not consummated.

DATED: 1/16/2020

_____
James V. Selna
United States District Judge